UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GRYPHON NETWORKS CORP.,<br><br>    Plaintiff,<br><br>    v.<br><br>CONTACT CENTER COMPLIANCE CORP., MICHAEL KOVATCH, and DAVID KEIM,<br><br>    Defendants. | CIVIL ACTION<br>NO. 10-10258 |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a), the undersigned, Frank N. Gaeta, hereby notices his appearance as counsel to plaintiff Gryphon Networks Corporation.

    Respectfully Submitted,

    GRYPHON NETWORKS CORP.

    By its attorneys,

    /s/ Frank N. Gaeta
    Mark C. O'Connor (BBO #377118)
    Frank N. Gaeta (BBO #561388)
    RICH MAY, P.C.
    176 Federal Street
    Boston, MA  02110
    (617) 556-3800
    moconnor@richmaylaw.com
    fgaeta@richmaylaw.com

Dated: October 18, 2010

2

**CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the above document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper or electronic copies will be delivered to those indicated as non-registered participants on October 18, 2010.

                                                /s/ Frank N. Gaeta
                                                Frank N. Gaeta